**STATE of Missouri, Defendant–Respondent,**

v.

**Leon WEST, Plaintiff–Appellant.**

**No. 52806.**

Missouri Court of Appeals, Eastern District, Division Two.

Feb. 9, 1988.

Harold W. Fraser, Edina, for plaintiff-appellant.

William L. Webster, Atty. Gen., Robert V. Franson, Asst. Atty. Gen., Jefferson City, for defendant-respondent.

**ORDER**

PER CURIAM:

A jury convicted defendant of robbery in the first degree but acquitted him of armed criminal action. Appealing from the conviction, defendant asserts reversal is warranted because the verdicts are inconsistent and the circuit court's refusal to suppress illegally seized evidence was error. We find no error. An opinion would have no precedential value. Affirmed in accordance with Rule 30.25(b).